THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department
 of Social Services, Respondent,
 v.
 Melissa Angela M. and Andy
 M.,
 of whom Andy M. is Appellant.
 
 
 

Appeal From Greenville County
Peter R. Nuessle, Family Court Judge
Unpublished Opinion No.  2009-UP-033
Submitted January 2, 2009  Filed January 14, 2009
AFFIRMED

 
 
 
 Rodney
 Richey, of Greenville, for Appellant.
 Deborah
 Murdock, of Greenville, for Respondent.
 Robert
 A. Clark, of Greenville, for Guardian Ad Litem.
 
 
 

PER
 CURIAM: Andy M. (Father) appeals the
 trial courts denial of his continuance motion at a hearing on the merits where
 the South Carolina Department of Social Services sought a finding of
 educational neglect and substantial risk of physical neglect by Father with
 regard to his son.  Father argues the trial court should have granted the
 continuance because Father was appearing in Federal Bankruptcy Court the day of
 the hearing, and the bankruptcy court has priority over the family court.  We affirm pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Yarborough, 363 S.C. 260, 266, 609 S.E.2d
 592, 595 (Ct. App. 2005) (holding the granting of a motion for continuance is
 within the sound discretion of the trial court and will not be disturbed absent
 a clear showing of an abuse of discretion); State v. McMillian, 349 S.C.
 17, 21, 561 S.E.2d 602, 604 (2002) (holding reversals of refusals of
 continuances are about as rare as the proverbial hens teeth).
AFFIRMED. [1]
HUFF, THOMAS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.